| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton,  NJ    08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| | |
|---|---|
| In re:<br><br>Jose A Ramirez<br><br><br><br>Debtor(s) | Case No.: 23-10571 / CMG<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle |

**TRUSTEE'S LIMITED OBJECTION TO NOTICE OF SETTLEMENT OF CONTROVERSY**

Albert Russo, the Standing Chapter 13 Trustee, hereby objects to  for the following reasons:

1. Debtor must file an amended schedule B & C to reflect the correct amount of the proceeds.

2. There will need to be an Order entered approving the Settlement per the information in the Notice of Settlement once any objections are resolved..

Dated:  July 25, 2023         /s/ Albert Russo
_____
Albert Russo, Standing Chapter 13 Trustee
By:  Mary Krieger, Staff Attorney